United States District Court
District of Massachusetts

| | |
|---|---|
| Rodnei Dutra Campos,<br><br>    Petitioner,<br><br>        v.<br><br>Antone Moniz et al.,<br><br>    Respondents. | Civil Action No.<br>25- 13862-NMG |

**ORDER**

**GORTON, J.**

In this petition for writ of habeas corpus (Docket No. 1), petitioner Rodnei Dutra Campos ("petitioner" or "Dutra Campos") contends that Antone Moniz and other named respondents ("respondents") have refused to grant him a bond hearing in violation of his rights under the United States Constitution. Respondents concede that the Court's recent decision in Zamora v. Noem, No. 25-cv-12750-NMG, 2025 WL 2958879 (D. Mass. Oct. 17, 2025), is materially similar to, and therefore dispositive of, Dutra Campos' petition.

For the reasons set forth in Sampiao v. Hyde, No. 1:25-CV-11981-JEK, 2025 WL 2607924 (D. Mass. Sept. 9, 2025), Zamora, 2025 WL 2958879, and Lopez-Monteros v. Hyde, No. 25-cv-12629-NMG (D. Mass. Oct. 27, 2025), the petition for writ of habeas corpus (Docket No. 1) is **ALLOWED**.

-2-

The Court directs that Dutra Campos is to be released unless he is afforded a bond hearing that complies with the standards in Hernandez-Lara v. Lyons, 10 F.4th 19 (1st Cir. 2021), within seven days of the date of this order.

**So ordered.**

                                  /s/ Nathaniel M. Gorton
                                  Nathaniel M. Gorton
                                  Senior United States District Judge

Dated: December 23, 2025